Trevor R. Witt (SBN278195)
JACKSON LEWIS P.C.
725 South Figueroa Street, Suite 2800
Los Angeles, California  90017-5408
Telephone:  (213) 689-0404
Facsimile:   (213) 689-0430
Trevor.Witt@jacksonlewis.com

Attorney for Defendant
VACCO INDUSTRIES and
ESCO TECHNOLOGIES INC.

Vicky Tryon
8807 Los Coyotes Dr
Buena Park, CA 90621
Phone: 714-276-5209
Email: vickytryon@msn.com

Plaintiff in Pro Per

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICKY TRYON, an individual<br><br>    Plaintiff,<br><br>    vs.<br><br>VACCO INDUSTRIES, a California Corporation, ESCO TECHNOLOGIES INC., a Missouri Corporation, and DOES 1-10, Inclusive,<br><br>    Defendants. | **CASE NO.:  8:25-cv-02571-FWS-(DFMx)**<br><br>[Assigned for All Purposes to the Hon. Fred W. Slaughter; Magistrate Judge Douglas F. McCormick]<br><br>**ORDER RE STIPULATED PROTECTIVE ORDER**<br><br>*Filed Concurrently with Stipulated Protective Order*<br><br>Complaint Filed:  November 17, 2025<br>FAC Filed: March 3, 2026 |

FOR GOOD CAUSE SHOWN, THE STIPULATED PROTECTIVE ORDER AGREED TO BY THE PARTIES ON MARCH 24, 2026, AND FILED CONCURRENTLY HEREWITH IS SO ORDERED.


DATED:_March 25, 2026

_____

HON. DOUGLAS F. MCCORMICK
United States Magistrate Judge

<u>EXHIBIT A</u>

<u>ACKNOWLEDGMENT AND AGREEMENT TO BE BOUND</u>

I, _____ [print or type full name], of _____

_____ [print or type full address], declare under penalty of perjury that I have read in its entirety and understand the Stipulated Protective Order that was issued by the United States District Court for the Central District of California on [date] in the case of _____

_____[insert formal name of the case and the number and initials assigned to it by the court]. I agree to comply with and to be bound by all the terms of this Stipulated Protective Order and I understand and acknowledge that failure to so comply could expose me to sanctions and punishment in the nature of contempt. I solemnly promise that I will not disclose in any manner any information or item that is subject to this Stipulated Protective Order to any person or entity except in strict compliance with the provisions of this Order.

I further agree to submit to the jurisdiction of the United States District Court for the Central District of California for the purpose of enforcing the terms of this Stipulated Protective Order, even if such enforcement proceedings occur after termination of this action. I hereby appoint _____ [print or type full name] of _____

_____ [print or type full address and telephone number] as my California agent for service of process in connection with this action or any proceedings related to enforcement of this Stipulated Protective Order.

Date: _____

City and State where sworn and signed: _____

Printed name: _____

Signature: _____

4930-1308-9176, v. 1